**DEEP9 CORPORATION, Plaintiff–Appellant,**

v.

**BARNES & NOBLE, INC., and Barnesandnoble.Com, LLC, Defendants–Appellees.**

No. 2013–1031.

United States Court of Appeals, Federal Circuit.

May 13, 2013.

Christian E. Mammen, Hogan Lovells US, LLP, of San Francisco, CA, argued for plaintiff-appellant. Of counsel on the brief were Eric B. Fastiff and David T. Rudolph, Lieff, Cabraser Heimann & Bernstein, LLP, of San Francisco, CA; and Kim D. Stephens and Chase Alvord, Tousley Brain Stephens, PLLC, of Seattle, WA.

John B. Quinn, Quinn Emanuel Urquhart & Sullivan, LLP, of Los Angeles, CA, argued for defendants-appellees. Of counsel on the brief were David Eiseman and Jeffrey S. Gerchick, of Washington, DC; and Melissa J. Baily, of San Francisco, CA.

DYK, O'MALLEY, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**